**FILED**

FEB 28 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>JOSEFINA HERNANDEZ-BRAVO, (2)<br><br>  Defendant | Case No. 16-CR-2521-BEN<br><br>**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE AND JUDGMENT OF DISMISSAL** |

IS HEREBY ORDERED that the United States' Motion to Dismiss the charges under the above-referenced case number against JOSEFINA HERNANDEZ-BRAVO, be granted. The dismissal shall be without prejudice.

**SO ORDERED.**
DATED: February 28, 2017

HON. ROGER T. BENITEZ
United States District Court Judge